# EXHIBIT B

## US8458143B2 – Claim 8 as applied to IBM Watson Assistant – Auto correction

| | |
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to<br>correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct, the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | **IBM Watson Assistant**<br><br>**31 July 2019**<br>Search skill and autocorrection are generally available: The search skill and spelling autocorrection features, which were previously available as beta features, are now generally available.<br><br>• Search skills can be created by users of Plus or Premium plans only.<br>• You can enable autocorrection for English-language dialog skills only. It is enabled automatically for new English-language dialog skills. |
| | Source: https://cloud.ibm.com/docs/services/assistant?topic=assistant-release-notes |
| **Spec. Support:** The error correction device 6 and its associated memory 7 may be accomplished in practice as a separate server connected to the access point 1, or alternatively they can be integrated in the access point 1 (this alternative is not shown in the figures). In the latter case, the error correction device can consist of a computer program which is run by the server acting as the access point. | **Correcting user input**<br>Autocorrection fixes misspellings that users make in the utterances that they submit as user input. When autocorrection is enabled, the misspelled words are automatically corrected. And it is the corrected words that are used to evaluate the input. When given more precise input, your assistant can more often recognize entity mentions and understand the user's intent.<br><br>Autocorrection corrects user input in the following way:<br><br>• Orignal input: `letme applt for a memberdhip`<br>• Corrected input: `let me apply for a membership` |
| | Source: https://cloud.ibm.com/docs/services/assistant?topic=assistant-dialog-runtime-spell-check#dialog-runtime-spell-check |

**Analyst Note:** IBM Watson Assistant ("computer program") supported by IBM server has an auto correction feature which automatically corrects misspellings in user inputs.

## US8458143B2 – Claim 8 as applied to IBM Watson Assistant – Auto correction

| | |
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to<br>correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct,<br>the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | **How is spelling autocorrection related to fuzzy matching?**<br>Fuzzy matching helps your assistant recognize dictionary-based entity mentions in user input. It uses a **dictionary lookup approach** to match a word from the user input to an existing entity value or synonym in the **skill's training data.**<br><br>**Correcting user input**<br>When your assistant evaluates whether to correct the spelling of a word, it does not rely on a simple dictionary lookup process. Instead, it uses a combination of Natural Language Processing and probabalistic models to assess whether a term is, in fact, misspelled and should be corrected. |
| | Source: https://cloud.ibm.com/docs/services/assistant?topic=assistant-dialog-runtime-spell-check#dialog-runtime-spell-check |
| | Our team has developed an autocorrection algorithm that considers the user's full sentence and the **existing training within your skill** to make a real-time determination about each and every correction. More specifically, this means that the same misspelling may be corrected differently depending on the context of the sentence it sits within. |
| | Source: https://medium.com/ibm-watson/ahnouncing-psell-chekc-ni-watson-assistant-2d8764cb36d9 |
| | Get help defining intents<br>If you have existing enterprise customer support chat transcript data, let Watson analyze that data to understand the customer needs that your support team spends most of its time addressing. Watson can then recommend intents and user **examples you can use to train your assistant so it can recognize the same and similar requests in future.** |
| | Source: https://cloud.ibm.com/docs/services/assistant?topic=assistant-intent-recommendations |

**Analyst Note:** IBM Watson assistant automatically corrects the misspelled words by using NLP and AI over training database storage ("memory"). The dictionary lookup and training skill set ("service request whose content are correct") are the references which help in evaluating the user input.

| US8458143B2 – Claim 8 as applied to IBM Watson Assistant – Auto correction ||
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct, the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | **How is spelling autocorrection related to fuzzy matching?**<br>When you enable both autocorrection and fuzzy matching, the fuzzy matching function runs before autocorrection is triggered. If it finds a term that it can match to an existing dictionary entity value or synonym, **it adds the term to the list of words that *belong* to the skill**, and does not correct it.<br><br>For example, if a user enters a sentence like I wnt to buy a boook, **fuzzy matching recognizes that the term boook means the same thing as your entity value book, and adds it to the protected words list**. Your assistant corrects the input to be, I want to buy a boook.<br><br>**How autocorrection works**<br>Normally, user input is saved as-is in the text field of the input object of the message. If, and only if the user input is corrected in some way, a new field is created in the input object, called original_text. This field stores the user's original input that includes any misspelled words in it**. And the corrected text is added to the input.text field**.<br><br>Remember, the input.text **field stores** either the never-corrected original text from the user or the user's text after it is corrected. The input.original_text field is only created if the input is corrected. And the user's incorrect input is stored in it." |
|  | Source: https://cloud.ibm.com/docs/services/assistant?topic=assistant-dialog-runtime-spell-check#dialog-runtime-spell-check |

**Analyst Note:** IBM Watson Assistant receives a misspelled user input, it automatically corrects the input and stores the auto corrected user input in its memory. When fuzzy matching is used, it also recognizes words having a similar entity value, and adds the new word to the protected words list.

| US8458143B2 – Claim 8 as applied to IBM Watson Assistant – Auto correction ||
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to<br>correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct, the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | **Correcting user input**<br>Autocorrection fixes misspellings that users make in the utterances that they submit as user input. When autocorrection is enabled, the misspelled words are automatically corrected. And it is the corrected words that are used to evaluate the input. When given more precise input, your assistant can more often recognize entity mentions and understand the user's intent.<br><br>Autocorrection corrects user input in the following way:<br><br>- Orignal input: `letme applt for a memberdhip`<br>- Corrected input: `let me apply for a membership`<br><br>**How is spelling autocorrection related to fuzzy matching?**<br>Fuzzy matching helps your assistant recognize dictionary-based entity mentions in user input. It uses a dictionary lookup approach to match a word from the user input to an existing entity value or synonym in the skill's training data. |
| | Source: https://cloud.ibm.com/docs/services/assistant?topic=assistant-dialog-runtime-spell- |
| | Our team has developed an autocorrection algorithm that considers the user's full sentence and the existing training within your skill to make a real-time determination about each and every correction. More specifically, this means that the same misspelling may be corrected differently depending on the context of the sentence it sits within. |
| | Source: https://medium.com/ibm-watson/ahnouncing-psell-chekc-ni-watson-assistant-2d8764cb36d9 |
| **Analyst Note:** IBM Watson Assistant corrects the incorrect spelling in the sentence by correct words by using dictionary lookup approach upon the training data. ||

## US8458143B2 – Claim 8 as applied to IBM Watson Assistant – Auto correction

| | |
|---|---|
| 8. An error correction device, comprising:<br>a memory containing only service requests whose contents are correct, wherein,<br>said error correction device is arranged to correct a received service request by utilizing information stored in the memory containing only the service requests whose contents are correct,<br>receive and store, in said memory, service requests which have led to successful identification of the requested service and whose contents are correct,<br>the service requests being stored in said memory as soon as the service requests have led to successful identification of a requested new service,<br>correct the contents of a received service request by utilizing the service requests stored in the memory whose requested new services have been successfully identified, and<br>transmit said corrected service request for further processing. | **How autocorrection works**<br>Normally, user input is saved as-is in the text field of the input object of the message. If, and only if the user input is corrected in some way, a new field is created in the input object, called original_text. This field stores the user's original input that includes any misspelled words in it. And the corrected text is added to the input.text field.<br><br>If you want to ask users to confirm the assistant's understanding of their meaning, you can do so in a way that takes into account that their input might have been corrected. Set the condition for the dialog node or conditional response that is asking for confirmation to original_text. This means that if the user's input was automatically corrected, show the corresponding response. And the response can contain the expression: **You said: <? input.original_text ?>.** Did you mean: **<? input.text ?>?**<br><br>Source: https://cloud.ibm.com/docs/services/assistant?topic=assistant-dialog-runtime-spell- |

**Analyst Note:** Once the user input is auto corrected, it is sent for further evaluation. For example, once the corrected user input is stored, the assistant can ask the user to check the corrected response by presenting 'You said <incorrect user input>' and 'Did you mean <auto-corrected input>' questions. And further, a result is displayed as per the corrected user input.